**FILED**

MAY 16 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: RONALD KWAME GAINES. | No. 14-70347 |
| RONALD KWAME GAINES, | D.C. No. 2:10-cv-01367-RLH-RJJ<br>District of Nevada,<br>Las Vegas |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, LAS VEGAS, | |
| Respondent, | |
| ATTORNEY GENERAL FOR THE STATE OF NEVADA and DWIGHT NEVEN, Warden, | |
| Real Parties in Interest. | |

Before: LEAVY, CALLAHAN, and HURWITZ, Circuit Judges.

The district court issued a ruling on petitioner's Rule 59(e) motion on April 1, 2014. Accordingly, petitioner's mandamus petition is denied as moot.

The motion to proceed in forma pauperis is denied as moot.

**DENIED**.

SLL/MOATT